# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:20-cr-00038 DAD |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| JAIME ALBERTO PAEZ-AYON, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Daniel Prado is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to March 30, 2021, substituting for Alekxia Torres. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **March 31, 2021**          \_ /s/ Jennifer L. Thurston
                                   CHIEF UNITED STATES MAGISTRATE JUDGE